# Court of Appeals
# of the State of Georgia

ATLANTA,  April 24, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1482.  CEDRIC KIMBROUGH v. THE STATE.**

In 1993, Kimbrough was convicted by jury of selling cocaine and possession of cocaine with intent to distribute.  The trial court sentenced him as a recidivist to life in prison.  We affirmed his convictions on direct appeal.  See *Kimbrough v. State*, 215 Ga. App. 303 (450 SE2d 457) (1994).

In 2011, Kimbrough filed a motion to vacate/correct void sentence, arguing that his previous convictions did not qualify him for a recidivist sentence.  We rejected this argument on appeal, holding that Kimbrough's challenge to the factual predicates underlying his prior convictions used in recidivist sentencing did not present a valid void sentence claim. See *Kimbrough v. State*, 325 Ga. App. 519, 522 (1) (754 SE2d 109) (2014).  In 2018, Kimbrough filed another motion to vacate/correct void sentence, again arguing that his prior convictions did not qualify him for a recidivist sentence.  The trial court denied his motion, and Kimbrough filed this direct appeal.  We, however, lack jurisdiction.

"It is axiomatic that the same issue cannot be relitigated *ad infinitum*." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002). Our rulings in the prior cases before this Court act as res judicata. See *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).  Thus, Kimbrough is barred from seeking further judicial review on this issue. See id.; see also *Ross v. State*, 310 Ga. App. 326, 328 (713 SE2d 438)

(2011) (law of the case rule bars successive void sentence appeals).  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*  *04/24/2019*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

                                                *, Clerk.*